FILED12MAR'25 14:10USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr- 00095-IM |
| v. | INDICTMENT |
| NELSON PABLO-MORALES, | 8 U.S.C. § 1326(a) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1
(Illegal Reentry)
(8 U.S.C. § 1326(a))

On or about February 11, 2025, in the District of Oregon, the defendant, NELSON PABLO-MORALES, an alien and citizen of Mexico, was found in the United States having previously been arrested and denied admission, excluded, deported, and removed from the United States as an alien on May 9, 2017, and defendant having knowingly and unlawfully re-entered, without the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to his reapplying for admission into the United States from a place outside the United States;

Indictment                                                                                                   Page 1

In violation of Title 8, United States Code, Section 1326(a).

Dated this ___11___ day of March 2025.          A TRUE BILL.

 

OFFICIATING FOREPERSON

Presented by:

WILLAM NARUS
Acting United States Attorney

KATE A. ROCHAT, OSB #184324
Assistant United States Attorney

**Indictment**                                                                                                  **Page 2**